■ In the Matter of RONALD TIMMONS, Appellant, v RECORDS ACCESS OFFICER et al., Respondents. [706 NYS2d 640] —Order, Supreme Court, New York County (Herman Cahn, J.), entered March 16, 1999, which, in a proceeding pursuant to CPLR article 78, granted respondents' cross motion to dismiss the petition seeking disclosure of certain documents pursuant to Public Officers Law § 89 (3) (Freedom of Information Law), unanimously affirmed, without costs.

Petitioner failed to meet his burden to supply the information required to retrieve the requested documents (*see, Mitchell v Slade*, 173 AD2d 226, *lv denied* 78 NY2d 863; *Matter of Wattenmaker v New York State Employees' Retirement Sys.*, 95 AD2d 910, *lv denied* 60 NY2d 555). Concur—Williams, J. P., Ellerin, Lerner, Andrias and Friedman, JJ.

■ In the Matter of MITCHIL O. BECHET (Admitted as MITCHIL BECHET), a Suspended Attorney. [713 NYS2d 856] —Motion to disbar denied, with leave to renew, as indicated; cross motion to vacate order of suspension and other relief denied. No opinion. Concur—Rosenberger, J. P., Williams, Tom, Wallach and Buckley, JJ.